IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00791-RPM

ALLIANCE MANAGEMENT CORPORATION,
FIRST CAPITAL BANKCARD, INC., f/k/a MERCH SERVICES, INC.,

        Plaintiffs,

v.

ELECTRONIC PAYMENT SYSTEMS, LLC,
NATIONAL STATE BANKCARD, INC.,
FIRST MERCHANT PLATINUM, INC.,
ACCESS-NOW.NET, INC.,
ELECT-CHECK, INC.,
FIRST MERCHANT GROUP, LTD.,
ELECTRONIC PAYMENT TRANSFER, LLC,
FIRST MERCHANT PROCESSING, INC.,
MERCHANT BANKCARD GROUP, INC.,
JOHN DORSEY,
THOMAS P. MCCANN, and,
ANTHONY MALEY,

        Defendants.

_____

ORDER OF DISMISSAL
_____

     Subject matter jurisdiction for this civil action is alleged in the complaint, filed April 18, 2007, based on 28 U.S.C. § 1331 for the first claim for relief, alleging a violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c).  The additional claims for relief under state law are alleged to be within the supplemental jurisdiction granted by 28 U.S.C. § 1367.  On May 4, 2007, the defendants filed a motion to dismiss the first, second and third claims for relief,

asserting, primarily, that the allegations of fraud are not sufficiently pleaded under Fed.R.Civ.P. 9(b).  On May 24, 2007, the plaintiffs filed a response to the motion to dismiss and an amended complaint.  The defendants' reply, filed June 8, 2007, addressed the additional allegations in the amended complaint.   On June 20, 2007, the plaintiffs filed a motion for leave to amend complaint to add additional factual allegations.

At the hearing held today, the Court addressed the first claim for relief and questioned plaintiffs' counsel as to what was being alleged as an enterprise separate and distinct from the pattern of racketeering activity.  The response was insufficient and the Court finds and concludes that the allegations of the pleadings filed by the plaintiffs are not sufficient to state a claim for relief under RICO and because that claim is the only basis for subject matter jurisdiction, the entire action must be dismissed.  Accordingly, it is

ORDERED that the first claim for relief in the amended complaint, as amended, is dismissed under Fed.R.Civ.P. 12(b)(6) and it is

FURTHER ORDERED that because the court has no jurisdiction over the other claims for relief, they are dismissed without prejudice and it is

FURTHER ORDERED that this civil action is now dismissed.

Dated: June 21st, 2007

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior Judge